Timothy E. Warriner (SB#166128)
Attorney at Law
455 Capitol Mall, Suite 802
Sacramento, CA 95814
tew@warrinerlaw.com
(916) 443-7141

Roberto Marquez, SB#131195
Attorney at law
613 D St.
Marysville, CA 95901
(530) 749-8766

Attorney for Defendant,
Lucila Calderon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00094 WBS |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| LUCILA BACILO CALDERON, | |
| Defendant. | |

**STIPULATION**

The government, on behalf of Special United States Attorney Caily Nelson, and Ms. Calderon, represented by attorneys Timothy E. Warriner and Roberto Marquez, hereby stipulate and agree to the following:

1. Ms. Calderon's matter will be continued to September 15, 2025, for a status conference and time will be excluded from July 21, 2025, to **September 15, 2025 at 10:00 a.m**., pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4), to allow for preparation of defense counsel.

1

a. The government has produced, on or about April 24, 2025, documentary discovery materials of approximately 30 kilobytes, in addition to audio/video discovery. Defense counsel are now reviewing the discovery materials and are conducting investigations concerning possible defenses and defense witnesses.

b. Ms. Calderon will be arraigned on a superseding indictment on July 18, 2025.

c. The government does not object to the continuance and to the proposed exclusion of time.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and Ms. Calderon in a trial within the time prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 21, 2025, to September 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Codes T4) because it results from a continuance granted by the court at defendant's request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

f. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 16, 2025                    /s/ Timothy E. Warriner, Attorney for defendant, Lucila Calderon

DATED: July 16, 2025                /s/ Roberto Marquez, Attorney for defendant, Lucila Calderon

DATED: July 16, 2025                /s/ Caily Nelson, Special United States Attorney, for the government

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference for Lucila Bacilo Calderon previously scheduled for July 21, 2025, is continued to **September 15, 2025, at 10:00 a.m**., and time is excluded between July 21, 2025, and September 15, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) (Local Code T4).

Dated:  July 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE